**CERTIFICATION OF NAMED PLAINTIFF**
**PURSUANT TO FEDERAL SECURITIES LAWS**

I, Antonio Hemma de Souza, ("Plaintiff") declare the following claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized its filing. Plaintiff retains the Law Offices of Bruce G. Murphy, P.C. and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2. Plaintiff did not acquire the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a Named and/or Lead Plaintiff either individually or as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| No. of Shares | Securities Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| 1,500.0 | MDOR | BUY | 01/05/2010 | $ 0.894 |
| 8,500.0 | " | " | 01/06/2010 | $ 0.891 |
| 6,300.0 | " | " | 01/26/2010 | $ 0.723 |

Please list other transactions on a separate sheet of paper, if necessary.

These securities were acquired or held in (check all that apply): ☒General (non-retirement account) ☐Merger/acquisition/distribution ☐Gift ☐IRA ☐Employer-sponsored plan (401k, 403b, etc.)

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below:

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19 day of August, 2011.

_____          Antonio Hemma de Souza
Signature                          Print Name