UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF FLORIDA

| | |
|---|---|
| LEONARDO de SOUZA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAGNUM D'OR RESOURCES, INC., JOSEPH J. GLUSIC, and MICHEL BOUX,<br><br>Defendants. | Civil Action No. 0:11-cv-61879-WPD |

**DECLARATION OF MARTIN E. RESTITUYO IN SUPPORT
OF THE MOTION OF MOTION OF ANTONIO ADEMAR DE SOUZA FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL**

I, Martin E. Restituyo, hereby declare:

1. I am an associate at the law firm of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"). I submit this Declaration in support of Antonio Ademar de Souza's motion for appointment as lead plaintiff and approval of his selection of Wolf Haldenstein as lead counsel and Saxena White PA as liaison counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the notice of pendency published on *Marketwire* on July 18, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Antonio Ademar de Souza's certification which demonstrates his class standing and requisite financial interest in the outcome of the litigation.

4. Attached hereto as Exhibit 3 is a true and correct copy of a loss chart detailing Antonio Ademar de Souza's transactions in Magnum D'Or Resources, Inc. securities during the Class Period and his approximate losses.

5. Attached hereto as Exhibit 4 is a true and correct copy of my firm's resume setting forth Wolf Haldenstein's background and considerable experience litigating complex securities class actions in federal and state courts throughout the country.

6. Attached hereto as Exhibit 5 is a true and correct copy of the firm resume of Saxena White PA.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Proposed Order appointing lead plaintiff, approving lead plaintiff's selection of lead and liaison counsel, and consolidating any related actions subsequently filed in or transferred to this Court.

Signed under penalty of perjury this 16th day of September 2011.

_____
Martin E. Restituyo

668473

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 16, 2011, I electronically filed this document using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                                              */s/ Joseph E. White, III*
                                              Joseph E. White III