# EXHIBIT 1

| New User? Register | Sign In | Help | Make Y! My Homepage | | Mail | My Y! | Yahoo! |

Search | Search Web

# Sarraf Gentile LLP Announces Its Filing of a Class Action Lawsuit Against Magnum d'Or Resources Inc.



Press Release Source: Sarraf Gentile LLP On Monday July 18, 2011, 4:18 pm EDT

NEW YORK, NY--(Marketwire - 07/18/11) - The law firm of Sarraf Gentile LLP has filed a class action lawsuit in the United States District Court for the Southern District of Florida, case number 11-cv-61591, against Magnum d'Or Resources Inc. ("Magnum") (Pinksheets:MDOR - News). The action is brought on behalf of purchasers of Magnum stock between July 2, 2008 and April 13, 2010, inclusive (the "Class Period"). The Complaint asserts violations of Sections 10(b) and 20(a) of the Securities Exchange Act, 15 U.S.C. §§ 78j(b) and 78t(a); and SEC Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5.

The Complaint alleges that Magnum made false statements to the marketplace about its growth and operations, including falsely claiming that it had $130 million in contracts and $15 million in financing. This positive news, according to the Complaint, pushed Magnum's stock price up artificially, allowing insiders to carry out an illegal kickback scheme using Magnum's own stock. On April 29, 2011, according to the Complaint, the SEC filed civil charges against Magnum and several individuals involved in the scheme.

If you purchased shares of Magnum common stock during the Class Period, you have 60 days from today to ask the Court to appoint you as Lead Plaintiff, a representative of the proposed class. If you want to discuss your legal rights, at no cost and without obligation, please contact Joseph Gentile at Sarraf Gentile LLP (Telephone: 212-868-3610; E-mail: joseph@sarrafgentile.com).

Sarraf Gentile LLP has extensive experience litigating shareholder actions across the United States. The firm has recovered millions of dollars on behalf of injured shareholders.

**Contact:**

```
Contact:
Joseph Gentile, Esq.
SARRAF GENTILE LLP
One Pennsylvania Plaza, Suite 2424
New York, NY 10119
T 212.868.3610
F 212.918.7967
www.sarrafgentile.com
```

Follow Yahoo! Finance on  Twitter; become a fan on  Facebook.