IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No:  11-CV-61879-WPD

---

LEONARDO de SOUZA, individually and on behalf of all others similarly situated,

                Plaintiff,

  -against-

MAGNUM D'OR RESOURCES, INC., JOSEPH J. GLUSIC and MICHEL BOUX

                Defendants.

---

**PLAINTIFF UNNIKRISHNAN MADHAVAN THEKKEKALATHIL'S RESPONSE IN FURTHER SUPPORT OF HIS MOTION TO BE APPOINTED LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

      Plaintiff Unnikrishnan Madhavan Thekkekalathil ("Thekkekalathil") respectfully submits this response in further support of his motion (i) to be appointed Lead Plaintiff and (ii) to approve his selection of Lead Counsel.

      On July 18, 2011, the first class action complaint was filed in this matter against Magnum D'Or Resources, Inc. ("Magnum" or the "Company") and certain of its executives.

      On September 16, 2011, two motions for appointment of Lead Plaintiff and approval of Lead Plaintiff's selection of Lead Counsel were timely filed herein: one for the appointment of Thekkekalathil as Lead Plaintiff and seeking approval of his choice of Faruqi & Faruqi, LLP as Lead Counsel; and a second motion for the appointment of Ademar de Souza ("de Souza") as Lead Plaintiff and seeking the approval of Wolf Haldenstein Adler Freeman & Herz LLP as Lead Counsel.

On October 3, 2011, de Souza withdrew his motion for appointment as Lead Plaintiff, leaving Thekkekalathil's motion unopposed. For the reason's set forth in Thekkekalathil's opening brief, Thekkekalathil respectfully submits that he has satisfied all of the PSRLA's procedural rules, has the largest financial interest in the litigation, and otherwise satisfies Rule 23's adequacy and typicality requirements.

Accordingly, Thekkekalathil should be appointed Lead Plaintiff and his selection of Faruqi & Faruqi, LLP as Lead Counsel should be approved. 15 U.S.C. §78u-4(a)(3)(B)(iii)(I); *see also Vincelli v. Nat'l Home Health Care Corp.*, 112 F. Supp. 2d 1309, 1314 (M.D. Fla. 2000); *Ehlert v. Singer*, 185 F.R.D. 674, 678 (M.D. Fla. 1999).

Dated:  October 3, 2011                             **FARUQI & FARUQI, LLP**

By:       */s/ Emily C. Komlossy*
Emily C. Komlossy (FL Bar No. 7714)
ekomlossy@faruqilaw.com
3595 Sheridan Street, Suite 206
Hollywood, Florida 33021
Tel: 954-239-0280
Fax: 954-239-0281

-and-

**FARUQI & FARUQI, LLP**
Anthony Vozzolo
avozzollo@faruqilaw.com
Richard W. Gonnello
rgonello@faruqilaw.com
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Tel: 212-983-9330
Fax: 212-983-9331

Counsel for Proposed Lead Plaintiff and the Proposed Class

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2011, I caused a true and correct copy of **PLAINTIFF UNNIKRISHNAN MADHAVAN THEKKEKALATHIL'S RESPONSE IN FURTHER SUPPORT OF HIS MOTION TO BE APPOINTED LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL** to be electronically filed with the Clerk of the Court on counsel of record for all relevant parties. I also certify that this document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filings.

## SERVICE LIST

**JOSEPH J. GLUSIC**
1326 S.E. 17th Street, Suite 513
Fort Lauderdale, Florida 33316

**MAGNUM D'OR RESOURCES, INC.**
1326 S.E. 17th Street, Suite 513
Fort Lauderdale, Florida 33316

**MICHEL BOUX**
c/o MAGNUM D'OR RESOURCES, INC.
1326 S.E. 17th Street, Suite 513
Fort Lauderdale, Florida 33316

**SAXENA WHITE P.A.**
JOSEPH E. WHITE III
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
Gregory M. Nespole
Martin E. Restituyo
270 Madison Avenue
New York, NY 10016

**LAW OFFICES OF BRUCE G. MURPHY**
265 Llwyds Lane
Vero Beach, Florida 32963

*Attorneys for Plaintiff and the Class*

By:    */s/ Emily C. Komlossy*
           Emily C. Komlossy