UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-61879-CIV-JORDAN

| | |
|---|---|
| LEONARDO De SOUZA | ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| MAGNUM D'OR RESOURCES, JOSEPH J. GLUSIC and MICHEL BOUX | ) ) ) |
| Defendants. | ) |

_____

**ORDER**

To date, no defendant has been served in this matter. As a result, the plaintiff's motions to appoint lead plaintiff and consolidate cases [D.E. 8, 19] are DENIED WITHOUT PREJUDICE. The plaintiff may refile the motions if and when proper service is effected.

DONE and ORDERED in chambers in Miami, Florida, this 5th day of January, 2012.

_____
Adalberto Jordan
United States District Judge

Copy to:   All Counsel of Record