UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-61879-CIV-JORDAN

| | |
|---|---|
| LEONARDO DE SOUZA, | ) |
|       Plaintiff | ) |
| vs. | ) |
| MAGNUM D'OR RESOURCES, INC., JOSEPH J. GLUSIC, and MICHEL BOUX, | ) |
|       Defendants | ) |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND CLOSING CASE**

Mr. De Souza was directed to file proof of service of process by December 23, 2011. This deadline has passed. As a result, this case is DISMISSED WITHOUT PREJUDICE for failure to effect service under Rule 4(m) and for lack of prosecution. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 633 (1962) (holding that district court was within its discretion in dismissing case *with* prejudice based on a party's failure to comply with court orders).

This case is now CLOSED. Any and all motions are DENIED AS MOOT.

DONE and ORDERED in chambers in Miami, Florida, this 9th day of January, 2012.

_____
Adalberto Jordan
United States District Judge

Copy to:   All Counsel of Record